UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-39220 |
| Anthony L Middona | ) | (Jointly Administered) |
| LeeAnne M Middona | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO AUTHORIZE LOAN REFINANCING

This matter coming to be heard on the Debtors' MOTION TO AUTHORIZE LOAN REFINANCING, due notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED THAT:

1) The Debtors are authorized to refinance the mortgage loan securing their real property located at 443 Thunderbird Trail Carol Stream, IL 60188, according to the following terms:

Loan Amount not to exceed: $193,597.18
Loan term: 30 Years
Loan Rate not to exceed: 3.375%
Loan Payment: $1,742

2) The Debtors will provide the chapter 13 Trustee with a complete copy of the closing statement within 10 days of the closing.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 04, 2021

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600